# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1471

_____

Robert Lee Bailey,

*Petitioner - Appellant*,

v.

Scott P. Fisher,

*Respondent - Appellee.*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: July 16, 2013
Filed: July 22, 2013
[Unpublished]

_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Federal inmate Robert Bailey appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition, in which he claimed that he was twice wrongfully subjected

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.

to prison discipline in the form of, inter alia, loss of good time credits.  Upon careful de novo review, see Mitchell v. U. S. Parole Comm'n, 538 F.3d 948, 951 (8th Cir. 2008) (per curiam) (dismissal of § 2241 petition is reviewed de novo), we find no basis for reversal.  See Superintendent v. Hill, 472 U.S. 445, 454-55 (1985) (when prison disciplinary hearing results in loss of good time credits, inmate must receive (1) advance notice of charges; (2) opportunity--consistent with institutional safety and correctional goals--to call witnesses and to present documentary evidence; and (3) factfinder's written statement of evidence relied upon and reasons for disciplinary decision; due process is satisfied if "some evidence" supports disciplinary decision to revoke good time credits).

Accordingly, we affirm.  See 8th Cir. R. 47B.  We also deny Bailey's pending motion as moot.

_____